UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
JUSTINA JENKO,

                        Plaintiff,

          v.

MID-SHIP GROUP LLC, MID-SHIP LOGISTICS, INC.,
MID-SHIP MARINE, INC., GEORGE KACHMAR,
INDIVIDUALLY, MATTHEW I. DE LUCA, JR.,
INDIVIDUALLY, GEORGE O'CONNOR, INDIVIDUALLY,
AND JOHN DOES 1-10, AND ABC CORPS, 1-10,
FICTITIOUS NAMES FOR PERSONS OR ENTITIES
WHOSE PRESENT ROLES AND INDENTITIES ARE
UNKNOWN,

                        Defendants.
---------------------------------------------------------x

CV-11-5631 (LDW)(WDW)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
APR - 3 2012
LONG ISLAND OFFICE

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the respective parties hereto, that whereas no party is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, that all the claims presented in the above entitled action are hereby dismissed with prejudice and on the merits, without costs or attorneys fees to either party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED:    March 29, 2012
                  New York, New York

Hoey, King, Epstein, Prezioso & Marquez

_____
Danielle M. Dandrige
Attorneys for Defendants,
55 Water Street, 29th Floor
New York, New York 10041-2899
(212) 612-4200

Meyers, Fried, Grodin, LLP.

_____  3/29/12

Jonathan Meyers
Attorneys for Plaintiff
Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
(646) 596-1292

SO ORDERED:

_____
Leonard D. Wexler, U.S.D.J.

Dated: Central Islip, NY
4/3/12